1   Susan Foley   SB 234319
LAW OFFICES OF SUSAN FOLEY
3242 Countryside Drive
2   San Mateo, CA  94403
Tel: (650) 345.2300
3   Fax: (650) 345.2302

4   Attorney for
R.K., SATYA KURADA and
5   SHANTI KURADA

6   Plaintiffs

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

12   R.K., SATYA KURADA and
SHANTI KURADA,                          CASE NO.

13

                                             PETITIONER FOR APPOINTMENT OF
14                        Plaintiffs,        GUARDIAN AD LITEM AN ORDER
                                             APPOINTING GUARDIAN AD LITEM
15
                                             [20 U.S.C. § 1415]
16        vs.

17   FREMONT UNIFIED
SCHOOL  DISTRICT,
18                        Defendant.

19

20

21

22        Petitioner, R.K., alleges that he is a minor who was born on November 22, 2002.

23        Petitioner, who is a plaintiff in the above-entitled case, brings this action as an appeal of

24   an administrative order under 20 U.S.C. § 1415(i.)

25        Petitioner has no general guardian, and no previous Petition for Appointment of a

26   guardian ad litem has been filed in this matter.

27                                          1

28

1    SATYA KURADA is the parent of petitioner and is competent to act as guardian ad

2    litem.

3    WHEREFOR, Petitioner prays that SATYA KURADA be appointed as Guardian

4    Ad Litem for Petitioner.

5    I declare under penalty of perjury under the laws of the United States and under

6    the laws of the State of California that the foregoing is true and correct.

7
     Dated: January __, 2008          _____
8                                     Susan Foley, Attorney for Petitioner, R.K.

9

10                          **CONSENT OF NOMINEE**

11    I, SATYA KURADA, the nominee of plaintiff, consent to act as guardian ad litem for the

12    minor plaintiff in the above-entitled action.

13
     Dated: January ___, 2008          _____
14                                      SATYA KURADA

15

16                    **ORDER APPOINTING GUARDIAN A LITEM**

17    The court having considered the petitioner of SATYA KURADA for the appointment of

18    guardian ad litem for petitioner, a minor, who is a plaintiff in the above-captioned action and

19    good cause appearing,

20    IT IS SO ORDERED that SATYA KURADA be appointed guardian ad litem for R.K. in

21
      the above-captioned action.
22

23
     Dated: _____, 2008          _____
24                                        UNITED STATES DISTRICT COURT JUDGE

25

26

27                                        2

28