Susan Foley  SB 234319
1 LAW OFFICES OF SUSAN FOLEY
3242 Countryside Drive
2 San Mateo, CA  94403
Tel: (650) 345.2300
3 Fax: (650) 345.2302

4 Attorney for
R.K., SATYA KURADA and
5 SHANTI KURADA

E-filing

6 Plaintiffs

7

8                IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   R.K., SATYA KURADA and
12 SHANTI KURADA,                        CASE NO. CV 08   00554

13
                                         PETITIONER FOR APPOINTMENT OF
14                      Plaintiffs,      GUARDIAN AD LITEM AN ORDER
                                         APPOINTING GUARDIAN AD LITEM
15
                                         [20 U.S.C. § 1415]
16        vs.

17 FREMONT UNIFIED
   SCHOOL  DISTRICT,
18
                        Defendant.
19

20

21

22        Petitioner, R.K., alleges that he is a minor who was born on November 22, 2002.

23        Petitioner, who is a plaintiff in the above-entitled case, brings this action as an appeal of

24 an administrative order under 20 U.S.C. § 1415(i.)

25        Petitioner has no general guardian, and no previous Petition for Appointment of a

26 guardian ad litem has been filed in this matter.

27                                           1

28

1    SATYA KURADA is the parent of petitioner and is competent to act as guardian ad

2    litem.

3    WHEREFOR, Petitioner prays that SATYA KURADA be appointed as Guardian

4    Ad Litem for Petitioner.

5    I declare under penalty of perjury under the laws of the United States and under

6    the laws of the State of California that the foregoing is true and correct.

7    Dated: January 24, 2008

8    _____
     Susan Foley, Attorney for Petitioner/R.K.

9

10    **CONSENT OF NOMINEE**

11    I, SATYA KURADA, the nominee of plaintiff, consent to act as guardian ad litem for the

12    minor plaintiff in the above-entitled action.

13
      Dated: January 21, 2008

14    _____
      SATYA KURADA

15

16    **ORDER APPOINTING GUARDIAN A LITEM**

17    The court having considered the petitioner of SATYA KURADA for the appointment of

18    guardian ad litem for petitioner, a minor, who is a plaintiff in the above-captioned action and

19    good cause appearing,

20

21    IT IS SO ORDERED that SATYA KURADA be appointed guardian ad litem for R.K. in

22    the above-captioned action.

23    Dated: February 1, 2008

24    _____
      UNITED STATES DISTRICT COURT JUDGE

25

26

27                                          2

28