1  Susan Foley  SB 234319
   LAW OFFICES OF SUSAN FOLEY
2  3242 Countryside Drive
   San Mateo, CA  94403
3  Tel: (650) 345.2300
   Fax: (650) 345.2302
4
   Attorney for
5  R.K., SATYA KURADA and
   SHANTI KURADA
6
   Plaintiffs
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.K., SATYA KURADA and SHANTI KURADA, | CASE NO.   CV 08 00554 PJH |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | [ FRCP 41 (a) (1.) ] |
| FREMONT UNIFIED SCHOOL  DISTRICT, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

April 25, 2008         _____
                       SUSAN FOLEY
                       Attorney for Plaintiffs

**NOTICE OF VOLUNTARY DISMISSAL**