Susan Foley   SB 234319
LAW OFFICES OF SUSAN FOLEY
3242 Countryside Drive
San Mateo, CA  94403
Tel: (650) 345.2300
Fax: (650) 345.2302

Attorney for
R.K., SATYA KURADA and SHANTI KURADA

Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.K., SATYA KURADA and SHANTI KURADA,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.   CV 08 00554 PJH<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[ FRCP 41 (a) (1.) ] |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

April 25, 2008

_____
SUSAN FOLEY
Attorney for Plaintiffs

IT IS SO ORDERED
Judge Phyllis J. Hamilton
4/29/08

NOTICE OF VOLUNTARY DISMISSAL